**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,    :    No. 88 WAL 2017

           Respondent

           :    Petition for Allowance of Appeal from
           :    the Order of the Superior Court
           v.

LEE A. HARRIS,

           Petitioner


## ORDER


**PER CURIAM**

     **AND NOW**, this 5th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.